# WRITTEN CONSENT & RESOLUTIONS

## of the

## SHAREHOLDERS OF TEXSTAR LUMBER, INC.

### June 28, 2025

The undersigned, constituting the directors and shareholders (the "Shareholders") of TexStar Lumber, Inc. (the "Company"), hereby consent in writing (the "Consent") to and approve the Resolutions set forth herein, and each and every action effected thereby. This Consent may be executed in counterparts, each of which shall be deemed an original, and all of which, taken together shall constitute one instrument. A copy of this Consent signed and delivered by telecopy, email, or facsimile transmission shall be considered an original.

## VOLUNTARY PETITION FOR RELIEF UNDER CHAPTER 11 OF TITLE 11 OF THE UNITED STATES CODE

**WHEREAS**, the Shareholders have considered the Company's assets, liabilities, liquidity, the strategic alternatives available to the Company, offers to sell the Company or its assets, and the impact of the forgoing on the Company's business; and

**WHEREAS**, the Shareholders upon the advice of professionals has determined that it is advisable and in the best interests of the Company, its creditors, and other interested parties that the Company file a voluntary petition for bankruptcy (the "Petition") in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Bankruptcy Court"), under the provisions of Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"), in such form and at such time as the officers of the Company shall determine, which shall initiate a bankruptcy case for the Company under Chapter 11 of the Bankruptcy Code (the "Bankruptcy Case").

**NOW, THEREFORE, BE IT RESOLVED**, that Mohamed Zubair Abdul Aleem ("Zubair") is authorized to execute the Petition and empowered, on behalf of and in the name of the Company, to take such further actions to cause the filing of the Bankruptcy Case;

**RESOLVED FURTHER**, that the Shareholders, and/or Zubair, are authorized, and empowered, on behalf of and in the name of the Company to employ and retain the law firm of Kean Miller, LLP ("KM") as bankruptcy counsel for the Company in the Bankruptcy Case. KM shall represent and assist the Company in carrying out its respective duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, and, in connection therewith, the Shareholders are authorized and directed to execute an appropriate retention agreement, pay appropriate retainers, and cause to be filed appropriate applications for authority to retain the services of KM. To the extent that the appropriate retention agreement has been executed and retainers paid, the Company hereby retroactively approves same;

**RESOLVED FURTHER**, that the Shareholders are authorized, and empowered, on behalf of and in the name of the Company, to employ and retain such further legal, financial, accounting and bankruptcy services firms (together with KM, collectively the "<u>Professionals</u>") as may be deemed necessary or appropriate by the Officer(s) of the Company, including, without limitation, Zubair, for the Bankruptcy Case and, in connection therewith, are authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and cause to be filed appropriate applications for authority to retain services of such Professionals;

**RESOLVED FURTHER**, that the Shareholders, and/or Zubair, are authorized, and empowered, on behalf of and in the name of the Company, to obtain debtor-in-possession financing to pay for operational expenses of the Company, including all fees incurred by Professionals in the Bankruptcy Case (if necessary);

**RESOLVED FURTHER**, that the Shareholders are authorized, and empowered, on behalf of and in the name of the Company, to appoint and shall appoint Zubair as the acting Operating Manager and Corporate Representative of the Company for the Bankruptcy Case;

**RESOLVED FURTHER**, that Zubair, as acting Operating Manager and Corporate Representative of the Company for the Bankruptcy Case, in connection therewith, is authorized and directed to verify, and/or file, or cause to be filed and/or executed or verified (or direct others to do so on the Company's behalf as provided herein) all necessary documents, including, without limitation, all petitions, applications to employ and retain all Professionals, and to take any and all action that they deem necessary and proper in connection with the Bankruptcy Case;

**RESOLVED FURTHER**, that all acts lawfully done, or actions lawfully taken by the Shareholders, including Zubair, or any Professional to seek relief on behalf of the Company under the Bankruptcy Code or in connection with the Bankruptcy Case, or any matter or proceeding related thereto, be, and hereby are, adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Company;

**RESOLVED FURTHER**, that the Shareholders, including Zubair, are authorized, and empowered, with full power of delegations, for and in the name and on behalf of the Company to amend, supplement, or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements, or other writings referred to, discussed in or related to the matter referred to in the foregoing resolutions; and

**RESOLVED FURTHER**, that any and all actions of the Shareholders, including Zubair, taken prior to the date hereof to (a) carry out the purposes of the foregoing resolutions and the transactions contemplated thereunder, and (b) take any such action to constitute conclusive evidence of the exercise of such discretionary authority, be and hereby are ratified, approved, and confirmed in all respects.

## **GENERAL IMPLEMENTING AUTHORITY**

**RESOLVED**, that the Shareholders, including Zubair, are authorized, and empowered, with power of full delegation, on behalf of and in the name of the Company (a) to operate the business of and conduct business for and on behalf of the Company during the course of the

Bankruptcy Case, and (b) to execute, verify, and/or file, or cause to be filed and/or executed or verified (or direct others to do so on the Company's behalf as provided herein) all necessary documents, including, without limitation, all petitions, applications to employ and retain all assistance by legal counsel, accountants, or other Professionals and to take any and all action that they deem necessary and proper in connection with the Bankruptcy Case; and

**RESOLVED FURTHER**, that the Shareholders, including Zubair, are authorized, and empowered, for and in the name and on behalf of the Company to take or cause to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed and delivered all such further agreements, documents, certificates, and undertakings, and to incur all such fees and expenses, as in their judgment shall be necessary, appropriate, or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions.

IN WITNESS WHEREOF, the undersigned, being the Shareholders have executed his consent as of June 28, 2025.

_____
Mohamed Zubair Abdul Aleem,
Operating Manager and Shareholder of
TexStar Lumber Inc.


_____
Karthnick Chandrasekaran,
Shareholder of
TexStar Lumber Inc.


_____
Shabana Mohamed Zubair,
Shareholder of
TexStar Lumber Inc.


_____
Zain Zubair,
Shareholder of
TexStar Lumber Inc.