Behrooz P. Vida
SBOT No. 20578040
SUBCHAPTER V TRUSTEE
3000 Central Drive
Bedford, Texas 76021
TEL: (817) 358-9977
FAX: (817) 358-9988
behrooz@vidatrustee.com

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

|  |  |  |
|---|---|---|
| | § | Jointly Administered Under |
| IN RE: | § | CASE NO. 25-10295-JPS |
| | § | |
| TEXSTAR LUMBER, INC.[1] | § | CHAPTER 11 (Subchapter V) |
| | § | CASE No. 25-10296-JPS |
| Debtor | § | |
| | § | |

### Chapter 11 Subchapter V Trustee's Report of No Distribution

I, Behrooz P. Vida, having been appointed trustee of the estate of the above-named debtors, report I collected funds totaling: $0.00. A non-consensual plan was confirmed on 1/16/2026 under Case No. 25-10295. No plan payments were made to the trustee. According to the debtors, the plan was substantially consummated and, pursuant to 11 U.S.C. § 330(a), on 3/16/2026 the Court ordered compensation of $9,472.66 be awarded to the trustee in Case No. 25-10295. These funds have been paid by the debtors to the trustee. I hereby certify that my administration of the estate of the above-named debtors has been completed. I request that I be discharged from any further duties as trustee.

Date: May 22, 2026                    By:    /s/   Behrooz P. Vida        .
                                              Subchapter V Trustee

---

[1] The jointly-administered Chapter 11 Debtors, along with the last four digits of each such Debtors' federal tax identification number, are: Premier Lumber Company, Inc. (9451); and TexStar Lumber, Inc. (1243).